UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRE VIDEAU,
Plaintiff,
v.
LT. BURNETT, et al.,
Defendants.

Case No. 26-cv-03787-AGT (PR)

**ORDER DIRECTING PLAINTIFF TO FILE A COMLETE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE**

Plaintiff has not complied with the Clerk's Notice to file a complete application to proceed in forma pauperis (IFP) or to pay the $405.00 filing fee. (Dkt. No. 2.) A proper IFP application contains the IFP form itself, a Certificate of Funds signed by an authorized prison officer, and a prison trust account statement showing transactions for the last six months. Plaintiff's application lacks the account statement entirely and the Certificate of Funds is blank. (Dkt. No. 4.) Furthermore, the IFP application is unsigned and it lacks all relevant information. (*Id.*)

Accordingly, on or before **October 1, 2026**, plaintiff must either (1) file a properly completed and signed IFP application form, a properly completed and signed Certificate of Funds, and a prison trust account statement showing transactions for the last six months, or (2) submit full payment for the $405.00 filing fee. Failure to comply with these instructions by October 1, 2026 will result in the reassignment of this federal action to a district judge with a recommendation to dismiss for failure to prosecute and for

failure to comply with the requirements of the Clerk's Notice.

Plaintiff has consented to magistrate judge jurisdiction for all purposes under 28 U.S.C. § 636(c). (Dkt. No. 5.)

**IT IS SO ORDERED.**

**Dated:** September 3, 2026

ALEX G. TSE
United States Magistrate Judge